IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **TROY D. LIGGETT**, <br> [DOB: 9/08/1984 or 1994] <br><br> Defendant. | No. 23-5006-01-CR-SW-SRB <br><br> **COUNTS 1 and 2** <br> 21 U.S.C. § 841(a)(1) and (b)(1)(C) <br> NMT 20 Years Imprisonment <br> NMT $1,000,000 Fine <br> NLT 3 Years Supervised Release <br> Class C Felony <br><br> $100 Special Assessment (Each Count) |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT**:

## COUNT 1

On or about March 4, 2022, in Jasper County, in the Western District of Missouri, the defendant, **TROY D. LIGGETT**, knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 2

On or about April 26, 2022, in Jasper County, in the Western District of Missouri, the defendant, **TROY D. LIGGETT**, knowingly and intentionally possessed with intent to distribute,

a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**A TRUE BILL**

*/s/ Mike Daugherty*
FOREPERSON OF THE GRAND JURY

*/s/ Cameron Beaver for*
Josephine L. Stockard
Assistant United States Attorney

DATED: *3/1/2023*
Springfield, Missouri